## City of Champaign v. Manzella Beasley.

1.   CITIES AND VILLAGES—*Sewers—Nuisances.*—This case is gov-
erned by the case of The City of Champaign *v.* Maguire, *supra.*

**Memorandum.**—Case.   Appeal from the Circuit Court of Champaign
County; the Hon. FRANCIS M. WRIGHT, Judge, presiding.   Affirmed.
Opinion filed February 11, 1895.

E. L. SWEET, city attorney, and J. L. RAY, attorneys for
appellant.

SOLON PHILBRICK, ROY WRIGHT and A. J. MILLER, attor-
neys for appellee.

MR. JUSTICE BOGGS DELIVERED THE OPINION OF THE COURT.

The material facts and the points in law arising upon this
record are the same presented by the record in the case of
The City of Champaign v. William Maguire decided by this
court at this term.

The opinion rendered in that case is applicable to and
disposes of all questions necessary to be determined in this,
and resting upon it as authority, the judgment herein is
affirmed.